**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7677

KEITH TYRONE JOHNSON; CURTIS A. NORFLEET;
WILLIAM R. SNYDER; JOHN PITTMAN; ROBERT A.
WARD,

                                   Plaintiffs - Appellants,

          versus

HELEN F. FAHEY; VIRGINIA PAROLE BOARD MEMBERS,

                                   Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis III, District
Judge.  (CA-04-1075)

Submitted:  February 9, 2005       Decided:  February 16, 2005

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by published per curiam opinion.

Keith Tyrone Johnson; Curtis A. Norfleet; William R. Snyder; John
Pittman; Robert A. Ward, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Keith Tyrone Johnson, Curtis A. Norfleet, William R. Snyder, John Pittman, and Robert A. Ward appeal the district court's order denying relief on their 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b)(1) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Norfleet v. Fahey, CA-04-1075 (E.D. Va. Sept. 28, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED